**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

FILED
AUG 1 4 2003
CLERK U.S. BANKRUPTCY
COURT ORLANDO, FL

Chapter 7 Case

In re:
Donna Elaine Petty,
Debtor(s)

Bky. No. 03-07569-KSJ

### AGREEMENT TO REAFFIRM DEBT

1. On the date this case was filed, the Debtor was indebted to Wells Fargo Financial America, Inc. ("Creditor") based upon a Retail Installment Contract dated November 10, 2002. The Debtor's debt to Creditor is secured by the following: ITEMS PURCHASED AT DISCOUNT MATTRESS BARN.

2. The Debtor agrees to pay Creditor the sum of $~~1,950.10~~ $500.00 with interest thereon at the rate of ~~18.00~~ 0.00% per annum computed from June 30, 2003 as follows:
   - [x] payment of $~~100.00~~ $25.00 on August 9, 2003, and
   - [ ] payment of $_____ on _____, and
   - [x] in monthly installments of $~~100.00~~ $25.00 commencing on September 9, 2003 and continuing on the same day of each succeeding month.

3. This Agreement incorporates all the terms and conditions of the documents evidencing the above described indebtedness and providing for security for the indebtedness, except as otherwise specifically stated in this Agreement.

4. **THIS AGREEMENT IS NOT REQUIRED UNDER THE BANKRUPTCY CODE, UNDER NONBANKRUPTCY LAW, OR UNDER ANY AGREEMENT NOT IN ACCORDANCE WITH SUBSECTION 524(c) OF THE BANKRUPTCY CODE.**

**NOTICE TO THE DEBTOR(S): THIS AGREEMENT MAY BE RESCINDED AT ANY TIME PRIOR TO DISCHARGE OR WITHIN SIXTY DAYS AFTER THIS AGREEMENT IS FILED WITH COURT, WHICHEVER OCCURS LATER, BY GIVING NOTICE TO WELLS FARGO FINANCIAL AMERICA, INC.**

Dated 08/11/03                    _____
                                   Debtor

Dated _____             _____
                                   Debtor

Dated 7-17-3                       WELLS FARGO FINANCIAL AMERICA, INC.

                                   By _____
                                   Ryan Boardman
                                   4137 121st Street
                                   Urbandale, IA 50323
                                   (800) 273-2965 Extension 11111

### DECLARATION OF ATTORNEY FOR DEBTOR(S)

The undersigned states as follows: I am the attorney who has represented the Debtor(s) during the course of negotiating the above Agreement. This Agreement represents a fully informed and voluntary agreement by Debtor(s), and does not impose any undue hardship on the Debtor(s) or a dependent of the Debtor(s). I have fully advised the Debtor(s) of the legal effect and consequences an agreement of the kind specified in Section 524(c) of the Bankruptcy Code and any default under such agreement.

Dated 8/14/03                     _____
                                   Attorney for Debtor(s)

7/16/2003

05702676