| | |
|---|---|
| **FIRST NORTH AMERICAN NATIONAL BANK ® FNANB**<br>**ATTENTION: RECOVERY**<br>**P.O.BOX 42395**<br>**RICHMOND, VA 23286-5689**<br>**1-800-677-4339** | **UNITED STATES BANKRUPTCY COURT**<br>**REAFFIRMATION AGREEMENT** |

| NAME OF DEBTOR(s)<br>DONNA    ELAINE    PETTY | FILED VIA MAIL<br>AUG 2 5 2003<br>CLERK U.S. BANKRUPTCY<br>ORLANDO, FL | |
|---|---|---|
| CASE NUMBER<br>03607569    KSJ | | CHAPTER<br>7 |

## INSTRUCTIONS
1. Complete debtor's name & bankruptcy case number.
2. PART A - Complete each item. Both the debtor and creditor must sign.
3. PART B - Must be signed by the attorney who represents the debtor(s) in bankruptcy, if any.

TL08/21/08

## PART A - AGREEMENT

| | *** TERMS OF REAFFIRMATION AGREEMENT *** |
|---|---|
| **FNANB ® -**<br>**CIRCUIT CITY**<br><br>Date set for<br>Entry of Discharge | Account Number: 1523003472519537<br>Balance Reaffirmed: $1,757.89   $600   $50.00<br>Interest Rate: Prime rate* plus 6.0%<br>Monthly Payment: $70.00   (4% of balance or $20 whichever is greater)  $24.00<br>Credit Limit (if any): $1,840.00  ∅<br>Additional Items (if any): All other terms of the credit card agreement in effect.<br>Security Description: COLOR TV,CRDLS PHONES,FACSIMILES,CP PTRS,DIGITAL VIDEO,STEREO RCVRS |

\* Prime Rate as described in the credit card agreement, currently 4.75%. Current prime rate + 6.0% = 10.75%

**NOTICE TO DEBTOR: THIS REAFFIRMATION AGREEMENT MAY BE RESCINDED AT ANY TIME PRIOR TO DISCHARGE OR WITHIN SIXTY DAYS AFTER SUCH AGREEMENT IS FILED WITH THE COURT, WHICHEVER OCCURS LATER, BY GIVING NOTICE OF SUCH RESCISSION TO THE CREDITOR; AND THIS AGREEMENT IS NOT REQUIRED UNDER TITLE ELEVEN OF THE UNITED STATES CODES (THE BANKRUPTCY CODE), UNDER NON-BANKRUPTCY LAW, OR UNDER ANY AGREEMENT NOT IN ACCORDANCE WITH THE PROVISIONS OF SECTION 524(c) OF THE BANKRUPTCY CODE.**

This agreement was entered into before the date of discharge in the bankruptcy case. The debtor believes it is to his/her best interest and to his/her advantage to reaffirm. The debtor knowingly and voluntarily reaffirms the Credit Card debt pursuant to the above stated terms. The debtor further agrees to abide by the terms of the credit card agreement that do not otherwise conflict with the terms of this agreement, and any changes to these terms that are made in accord with the credit card agreement.

_[signature]_ 8/22/03          _[signature]_ 08/11/03
Creditor's Signature   Date          Debtor's Signature    Date

_____
Joint Debtor's Signature, If Applicable    Date

## PART B - ATTORNEY'S DECLARATION

The undersigned, as counsel for the Debtor(s), hereby declares the he/she has represented the Debtor(s) during the course of negotiating this reaffirmation agreement, and that said agreement represents a fully informed and voluntary agreement by the Debtor(s), said agreement does not impose an undue hardship on the Debtor(s) or on a dependent of the Debtor(s); and undersigned counsel fully advised the Debtor(s) of the legal effect and consequences of said agreement and any default under said agreement.

Attorney's name and address:

ANDREA A RUFF
1205 MOUNT VERNON ST
ORLANDO    FL    32803

_[signature]_
Signature of Debtor(s) Attorney
8/14/03
Date

LOU                    RECEIVED AUG 2 2 2003