UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FILED**
OCT 0 7 2003
CLERK U.S. BANKRUPTCY
ORLANDO DIVISION

Case No.: 6:03-bk-07569-KSJ

In Re:

DONNA ELAINE PETTY,

    Debtor(s).

## RECISSION OF CIRCUIT CITY-FNANB REAFFIRMATION AGREEMENT DOC. #7

DONNA ELAINE PETTY, Debtor, does hereby rescind the Reaffirmation Agreement for First North American National Bank, dated August 11, 2003 and filed with the Court on August 25, 2003, Doc. # 7 effective immediately.

I, DONNA ELAINE PETTY, declare under penalty of perjury that the above is true and correct on this _7th_ of _October_, 2003.

_____
DONNA ELAINE PETTY

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail this ____ of _October_ 2003 to the following: First North American National Bank, P.O. Box 820008, Baltimore, MD 21283-0008; First North American National Bank, Attn: Recovery, P.O. Box 42395, Richmond, VA 23286-5689; and Donna Elaine Petty, Debtor, 313 N. Wilderness Place, Casselberry, FL 32707

_____
ANDREA A. RUFF, Esquire
Andrea A. Ruff, Professional Association
1205 Mt. Vernon Street
Orlando, FL 32801
(407) 898-6700
Florida Bar No: 280331
Attorney for Debtor